# United States District Court
## Violation Notice ·
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| All | 09976126 | Leonard, Chandler | 4216 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ▪ CFR □ USC □ State Code |
|---|---|
| 08/05/2022  2045 MM/DD/YYYY | 38 CFR 1.218(B):(04) |

Place of Offense
650 E. Indian School RD. Phoenix, AZ 85012

Offense Description: Factual Basis for Charge          HAZMAT □

Willful destruction-damage of Government property without Authorization. (Damage to wall)

### DEFENDANT INFORMATION  Phone: (     )   ·

| Last Name | First Name | M.I. |
|---|---|---|
| Woody | Emanuel | D |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Chinle | AZ | 86503 | /1971 |

| Drivers License No | CDL □ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | -329 |

| | Sex ▪ Male □ Female | Hair BRO | Eyes BRO | Height 507 | Weight 171 |
|---|---|---|---|---|---|
| ▪ Adult □ Juvenile | | | | | |

**VEHICLE**   VIN:                                                    CMV □

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Refused to Sign.

X Defendant Signature

Original - CVB Copy

*09976126*

23-04189-MJ-01-PCT-CDB

CVB SCAN 02/07/2023 13:10

STATEMENT OF **PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **8/5**_____, 20 **22**___ while exercising my duties as a
law enforcement officer in the **Central**____ District of **Arizona**____

*"See   Attached   Statement."*

CVB SCAN 02/07/2023 13:10

The foregoing statement is based upon:

☑ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/05/2022** _____   _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **8/9/2023** _____   _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous materials involved in incident;  **PASS = 9 or more passenger vehicle;**
**CDL** = Commercial drivers license;   **CMV = Commercial vehicle involved in incident**

CVB SCAN 02/07/2023 13:10

# Veteran's Affairs Police System
## Single Violation Listing

Location:   Central District of Arizona (A11)

| | |
|---|---|
| **Date/Time of Offense:** 8/5/2022          at      20:45 | **Issued to:**   Woody, Emanuel Dean |
| **Place of Violation:**   VAMC Phoenix | **Vehicle:** |
| **Address:**   650 E. Indian School Road | Year / Make / Model |
| **City:**   Phoenix | **Plate # :** |
| **State:**   AZ     **Zip:**   85012 | |
| **Citing Officer:**   Leonard, 4216 | **Offender Home Address** |
| **Citation #:**   09976126 | **Address:** |
| **Citation type:**   Criminal | **City:**   Chinle |
| **Disposition:**   Open / Referred to Federal Court | **State:**   AZ     **Zip:** 86503-0054 |

**Offense Title:**
Willful destruction, damage, or removal of Government property without authorization

**Offense Code & Description:**
38 CFR 1.218(a)(3) Preservation of property.
The improper disposal of rubbish on property; the spitting on the property; the creation of any hazard on property to persons or things, the throwing of articles of any kind from a building; the climbing upon the roof or any part of the building, without permission; or the willful destruction, damage, or removal of Government property or any part thereof, without authorization, is prohibited. The destruction, mutilation, defacement, injury, or removal of any monument, gravestone, or other structure within the limits of any national cemetery is prohibited.

**Incident Description:**
When arriving on scene to perform a standby for a loud and boisterous patient in the emergency room, VA medical staff advised me that he had swung the door to his room in anger trying to scare/threaten his provider and put a hole in the wall from the door handle. Gathered eye witness statement from nurse that was on scene during the incident.

The forgoing statement is based upon:   [X] My personal observation          [ ] My personal investigation

[ ] Information supplied to me from my fellow officer's observation          [ ] Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Probable cause has been stated for the issuance of a warrant.

Executed on:   08/05/2022
Date (mm/dd/yyyy)

Executed on:
Date (mm/dd/yyyy)   8/9/23

Officer's signature

U.S. Magistrate Judge